In re Cranberry Creek Drainage District: Cranberry Creek Drainage District and others, Appellants, vs. Wood County and others, Respondents.

*March 6—April 1, 1930.*

For the respondent there was a brief by *M. S. King*, district attorney for Wood County, and *Goggins, Brazeau & Graves* of Wisconsin Rapids, special counsel for Wood County, and oral argument by *R. B. Graves*.

OWEN, J. This is a companion case of, and was argued with, *In re Wood County Drainage District, ante,* p. 368, 230 N. W. 57. No questions are presented here which were not considered and decided in that case, upon the authority of which the order appealed from must be affirmed.

*By the Court.*—Order affirmed.